

NUMBER 13-10-00156-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE LOWER RIO GRANDE VALLEY WORKFORCE DEVELOPMENT BOARD, INC. D/B/A WORKFORCE SOLUTIONS, INC.

## On Petition for Writ of Mandamus

## MEMORANDUM OPINION

### Before Justices Yañez, Rodriguez, and Garza
### Memorandum Opinion Per Curiam[1]

Relator, Lower Rio Grande Valley Workforce Development Board, Inc. d/b/a Workforce Solutions, filed a petition for writ of mandamus and a motion for temporary emergency relief in the above cause on April 6, 2010. That same day, the Court ordered the real parties in interest to file responses to relator's petition for writ of mandamus and the motion for temporary emergency relief. On April 13, 2010, the Court granted the motion for temporary emergency relief and ordered the temporary restraining order issued

---

[1] See TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

on March 19, 2010, and extended by further order issued on April 1, 2010, to be stayed.

Currently pending before the Court is relator's "Motion for Voluntary Dismissal" of this original proceeding. According to this motion, the real parties in interest have nonsuited their claims against relator and accordingly, "this mandamus action is effectively moot."

The Court, having examined and fully considered the motion for voluntary dismissal, is of the opinion that the motion should be granted. Accordingly, the stay previously imposed by this Court is LIFTED. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). This original proceeding is DISMISSED as moot. Pending motions, if any, are likewise DISMISSED as moot.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
3rd day of May, 2010.